**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JUSTIN R. HUGUET,** *et al.* **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 2:16CV182-KS-MTP**

**WAL-MART STORES EAST, L.P.,** *et al.* **DEFENDANTS**

## AMENDED CASE MANAGEMENT ORDER

THIS MATTER is before the Court on the Unopposed Motion [91] for Extension of Deadlines. For good cause shown, the court finds that the motion should be granted and amends the Case Management Order [9], as follows:

IT IS, THEREFORE, ORDERED

1. The discovery deadline is extended to October 2, 2017.

2. The motions deadline (other than for motions *in limine* and discovery motions) is extended to October 16, 2017. The deadline for *in limine* motions is **21 days** before the pre-trial conference, with responses due **14 days** before the pre-trial conference.[1]

3. The pre-trial conference is reset for February 15, 2018, before District Judge Keith Starrett.

4. The jury trial is reset for a two-week term beginning March 5, 2018 before District Judge Keith Starrett.

All other provisions and deadlines contained in the Case Management Order [9], including the obligation to complete private mediation or a settlement conference with the court by the discovery deadline, remain in place.

SO ORDERED this 28th day of July, 2017.

s/ Michael T. Parker
United States Magistrate Judge

---

[1] The parties should note the new deadlines for filing and responding to motions *in limine*.